# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. JOHN R. ADAMS<br>Two South Main Street, Room 510<br>Akron, Ohio 44308-1813,<br><br>        Plaintiff,<br><br>v.<br><br>THE JUDICIAL COUNCIL OF THE<br>SIXTH CIRCUIT,<br>c/o Circuit Executive<br>503 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202,<br><br>and<br><br>THE HON. R. GUY COLE, in his<br>official capacity as chair of the<br>Judicial Council of the Sixth Circuit.<br>100 East Fifth Street<br>Cincinnati, Ohio 45202,<br><br>and<br><br>COMMITTEE ON JUDICIAL<br>CONDUCT AND DISABILITY<br>OF THE JUDICIAL CONFERENCE<br>OF THE UNITED STATES,<br>Attn:  Office of the General Counsel<br>One Columbus Circle, NE<br>Washington, DC 20544,<br><br>and | Civil Action No. |

| | |
|---|---|
| THE HON. ANTHONY J. SCIRICA, in his official capacity as chair of the Committee on Judicial Conduct and Disability of the Judicial Conference of the United States, 601 Market Street Philadelphia, PA 19106,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR RELIEF FROM LOCAL CIVIL RULE 11.1

Plaintiff, the Honorable John R. Adams ("Plaintiff"), by counsel and pursuant to Local Civil Rule 7, respectfully submits this Motion for Relief from Local Civil Rule 11.1. As grounds therefor, Plaintiff states as follows:

### STATEMENT OF POINTS AND AUTHORITIES

1. Local Civil Rule 11.1 requires that a party's first filing "shall have in the caption the name and full residence address of the party."

2. Plaintiff is a judge of the U.S. District Court for the Northern District of Ohio. He brings this action against the Judicial Council of the Sixth Circuit, among other defendants, regarding a February 22, 2016 Order and Memorandum issued by the Judicial Council and affirmed in large part by a review committee of the Judicial Conference of the United States on August 14, 2017.

3. Given the significant security concerns raised by disclosing a federal judge's residence address in a public record, Plaintiff respectfully requests that he be permitted to use the address of his chambers in the caption of his complaint instead of his residence address.

WHEREFORE, Plaintiff respectfully requests relief from Local Civil Rule 11.1 and that he be permitted to use the address of his chambers in the caption of his complaint instead of his residence address.

Dated:   September 14, 2017

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716

*/s/ Robert D. Popper*
Robert D. Popper
D.C. Bar No. 1023592
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HON. JOHN R. ADAMS<br>Two South Main Street, Room 510<br>Akron, Ohio 44308-1813,<br><br>        Plaintiff,<br><br>v.<br><br>THE JUDICIAL COUNCIL OF THE<br>SIXTH CIRCUIT,<br>c/o Circuit Executive<br>503 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202,<br><br>and<br><br>THE HON. R. GUY COLE, in his<br>official capacity as chair of the<br>Judicial Council of the Sixth Circuit.<br>100 East Fifth Street<br>Cincinnati, Ohio 45202,<br><br>and<br><br>COMMITTEE ON JUDICIAL<br>CONDUCT AND DISABILITY<br>OF THE JUDICIAL CONFERENCE<br>OF THE UNITED STATES,<br>Attn: Office of the General Counsel<br>One Columbus Circle, NE<br>Washington, DC 20544,<br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

|  |  |
|---|---|
| THE HON. ANTHONY J. SCIRICA, <br> in his official capacity as chair of <br> the Committee on Judicial Conduct <br> and Disability of the Judicial <br> Conference of the United States, <br> 601 Market Street <br> Philadelphia, PA 19106, <br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM LOCAL CIVIL RULE 11.1

Upon consideration of Plaintiff's Motion for Relief from Local Civil Rule 11.1 and the entire record herein, it is hereby ORDERED that:

1. The motion is GRANTED.

2. Plaintiff shall be permitted to use the address of his chambers in the caption of his complaint instead of his residence address.

SO ORDERED.

Date: _____         _____
                                                                             U.S. District Court Judge