**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HON. JOHN R. ADAMS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE JUDICIAL COUNCIL OF THE )<br>SIXTH CIRCUIT, *et al.*, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:17-cv-01894-ABJ |

**JOINT MOTION TO EXTEND DEADLINES IN BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**

The parties respectfully submit this joint motion to extend Plaintiff's time to respond to Defendants' motion to dismiss (ECF No. 10), and to extend Defendants' time to file a reply. In support, the parties state as follows:

1. On November 15, 2017, the parties submitted a joint motion to extend Defendants' time to respond to the complaint and to set a briefing schedule for their anticipated motion to dismiss. ECF No. 8. A Minute Order, issued November 17, 2017, granted that motion, extending Defendants' time to file a motion to dismiss to December 21, 2017; Plaintiff's time to respond to that motion to February 5, 2018; and Defendants' time to file a reply to February 20, 2018.

2. Defendants filed their motion to dismiss on December 21, 2017. ECF No. 10.

3. Plaintiff now respectfully requests an additional 21 days to respond to that motion to dismiss, and also requests that Defendants' time to reply be extended by 28 days. This request is warranted because the parties have devoted significant time to potential settlement

discussions during the time that counsel for Plaintiff had available to draft a response to Defendants' motion.   As a result, Plaintiff's counsel needs additional time to draft a response. In addition, Defendants anticipate that they will need an additional week to prepare their reply in the event that the deadline is moved from February to March.

4. Plaintiff and Defendants consent to the requested extensions and maintain that good cause exists for each request.

5. For the foregoing reasons, the parties propose the following schedule going forward for briefing Defendants' Motion to Dismiss:

    a. <u>February 26, 2018</u>: Plaintiff's memorandum in opposition

    b. <u>March 20, 2018</u>: Defendants' reply

6. Pursuant to Local Rule 7(m), the parties certify that they have conferred about each other's respective extension requests, have determined that none of the requests is opposed, and therefore have presented this motion jointly.

A proposed Order is attached.

//

| | |
|---|---|
| Dated:   January 26, 2018 | Respectfully submitted, |
| JUDICIAL WATCH, INC. | CHAD A. READLER<br>Acting Assistant Attorney General |
| */s/ Robert D. Popper*<br>Robert D. Popper<br>D.C. Bar No. 1023592<br>Paul J. Orfanedes<br>D.C. Bar No. 429716<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>porfanedes@judicialwatch.org<br>rpopper@judicialwatch.org | JENNIFER D. RICKETTS<br>Director<br>Federal Programs Branch |
| | CHRISTOPHER R. HALL<br>Assistant Director<br>Federal Programs Branch |
| | */s/ Matthew J. Berns*<br>MATTHEW J. BERNS<br>Trial Attorney<br>D.C. Bar No. 998094<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue NW<br>Washington, DC 20530<br>Telephone: (202) 616-8016<br>Matthew.J.Berns@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |