IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. JOHN R. ADAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. 1:17-cv-01894-ABJ |
| ) | |
| THE JUDICIAL COUNCIL OF THE ) | |
| SIXTH CIRCUIT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND
DEADLINES IN BRIEFING SCHEDULE REGARDING
DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**

Plaintiff respectfully submits this motion to further extend Plaintiff's time to respond to Defendants' motion to dismiss (ECF No. 10) and Defendants' time to file a reply.  In support, Plaintiff states as follows:

1. On November 15, 2017, the parties submitted a joint motion to extend Defendants' time to respond to the complaint and to set a briefing schedule for their anticipated motion to dismiss.  ECF No. 8.  A Minute Order, issued November 17, 2017, granted that motion, extending Defendants' time to file a motion to dismiss to December 21, 2017; Plaintiff's time to respond to that motion to February 5, 2018; and Defendants' time to file a reply to February 20, 2018.

2. Defendants filed their motion to dismiss on December 21, 2017.  ECF No. 10.

3. On January 26, 2018, the parties submitted another joint motion extending their time to file responsive and reply briefs.  A Minute Order, issued January 26, 2018, granted that

motion, extending Plaintiff's time to file their brief in opposition to February 26, 2018, and extending Defendants' time to file a reply to March 20, 2018.

    4.    Plaintiff now respectfully requests an additional 28 days to respond to the motion to dismiss, and also requests that Defendants' time to reply be extended equally.   This request is warranted because Plaintiff's counsel must be available for a trial commencing in federal court on February 26, 2018.

    5.    Defendants' counsel have indicated that they consent to the requested extensions.

    6.    For the foregoing reasons, the parties propose the following schedule going forward for briefing Defendants' Motion to Dismiss:

        a.    <u>March 26, 2018</u>:    Plaintiff's memorandum in opposition

        b.    <u>April 17, 2018</u>:    Defendants' reply

    7.    Pursuant to Local Rule 7(m), Plaintiff's counsel certify that they have conferred with Defendants' counsel about this extension request, have determined that it is not opposed.

    A proposed Order is attached.

//

| | |
|---|---|
| Dated: February 20, 2018 | Respectfully submitted, |
| JUDICIAL WATCH, INC. | CHAD A. READLER<br>Acting Assistant Attorney General |
| */s/ Robert D. Popper*<br>Robert D. Popper<br>D.C. Bar No. 1023592<br>Paul J. Orfanedes<br>D.C. Bar No. 429716<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>porfanedes@judicialwatch.org<br>rpopper@judicialwatch.org | JENNIFER D. RICKETTS<br>Director<br>Federal Programs Branch |
| | CHRISTOPHER R. HALL<br>Assistant Director<br>Federal Programs Branch |
| *Counsel for Plaintiff* | */s/ Michael Andrew Zee*<br>Michael Andrew Zee<br>Trial Attorney<br>California Bar No. 272510<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 436-6646<br>m.andrew.zee@usdoj.gov |
| | *Counsel for Defendants* |