**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HON. JOHN R. ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE JUDICIAL COUNCIL OF THE )<br>SIXTH CIRCUIT, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-01894-ABJ |

**CONSENT MOTION TO EXTEND DEADLINES IN BRIEFING SCHEDULE**
**REGARDING DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**

Plaintiff respectfully submits this consent motion to extend Plaintiff's time to respond to Defendants' motion to dismiss (ECF No. 10), and to extend Defendants' time to file a reply. In support, Plaintiff states as follows:

1. On November 17, 2017, the Court granted the parties' joint motion to extend Defendants' time to respond to the complaint and to set a briefing schedule for their anticipated motion to dismiss. ECF No. 8. *See* Minute Order, issued November 17, 2017.

2. Pursuant to that briefing schedule, Defendants timely filed their motion to dismiss on December 21, 2017. ECF No. 10.

3. The Court subsequently granted two further motions to extend the parties' time to file responsive and reply briefs. *See* Minute Order, issued January 26, 2018; Minute Order, issued February 21, 2018. Currently Plaintiff's brief in opposition is due March 26, 2018, and Defendants' reply brief is due April 17, 2018.

4.      Plaintiff now respectfully requests an additional 28 days to respond to the motion to dismiss, and also requests that Defendants' time to reply be extended equally.   This request is warranted for several reasons, including the following: Plaintiff John R. Adams' ability to participate in the drafting of opposition papers has been limited by the demands of a major terrorism trial in his courtroom that ended this past Tuesday, March 20, 2018, and his counsel have been limited in their ability to draft opposition papers by the demands of two-and-a-half week jury trial that ended March 16, 2018.

5.      Defendants and their counsel consent to the requested extensions.

6.      For the foregoing reasons, Plaintiff, with Defendants' consent, proposes the following schedule going forward for briefing Defendants' Motion to Dismiss:

   a.   <u>April 23, 2018</u>:   Plaintiff's memorandum in opposition

   b.   <u>May 15, 2018</u>:   Defendants' reply

7.      Pursuant to Local Rule 7(m), Plaintiff's counsel certify that they have conferred with Defendants' counsel about this extension request, have determined that it is not opposed.

A proposed Order is attached.

//

Dated:   March 22, 2018                                          Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Robert D. Popper*
Robert D. Popper
D.C. Bar No. 1023592
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org
rpopper@judicialwatch.org

*Counsel for Plaintiff*