**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HON. JOHN R. ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE JUDICIAL COUNCIL OF THE )<br>SIXTH CIRCUIT, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:17-cv-01894-ABJ |

**JOINT MOTION TO EXTEND DEADLINES IN BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTION TO DISMISS (ECF NO. 10)**

The parties respectfully submit this joint motion to extend Plaintiff's time to respond to Defendants' motion to dismiss (ECF No. 10), and to extend Defendants' time to file a reply. In support, the parties state as follows:

1. On November 17, 2017, the Court granted the parties' joint motion to extend Defendants' time to respond to the complaint and to set a briefing schedule for their anticipated motion to dismiss. ECF No. 8. *See* Minute Order, issued November 17, 2017.

2. Pursuant to that briefing schedule, Defendants timely filed their motion to dismiss on December 21, 2017. ECF No. 10.

3. The Court subsequently granted several further motions to extend the parties' time to file responsive and reply briefs. Currently Plaintiff's brief in opposition is due June 22, 2018, and Defendants' reply brief is due July 23, 2018.

4. The parties now respectfully request an additional 18 days for Plaintiff to respond to the motion to dismiss, and respectfully request an equal extension of Defendants' time to

reply.  These requests are warranted for a number of reasons, including the fact that Plaintiff John R. Adams' ability to participate in the drafting of opposition papers has been, and will be, limited by his schedule.  Judge Adams just concluded a criminal trial (*U.S. v. Jamel Smith*, 5:17CR91, drug trafficking and felon in possession).  His next trial starts on June 25 (*AudioTechnica v. United States*, 5:16CV2052, deduction for research and development).  Another criminal trial is going forward on July 16.

     5.     Defendants' counsel join in requesting these extensions.

     6.     For the foregoing reasons, the parties propose the following schedule going forward for briefing Defendants' Motion to Dismiss:

        a.    <u>July 10, 2018</u>:    Plaintiff's memorandum in opposition

        b.    <u>August 10, 2018</u>:    Defendants' reply

     7.     Pursuant to Local Rule 7(m), Plaintiff's counsel certify that they have conferred with Defendants' counsel about this extension request, have determined that it is not opposed.

     A proposed Order is attached.

//

| | |
|---|---|
| Dated: June 20, 2018 | Respectfully submitted, |
| JUDICIAL WATCH, INC. | CHAD A. READLER<br>Acting Assistant Attorney General |
| */s/ Robert D. Popper*<br>Robert D. Popper<br>D.C. Bar No. 1023592<br>Paul J. Orfanedes<br>D.C. Bar No. 429716<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>porfanedes@judicialwatch.org<br>rpopper@judicialwatch.org | JENNIFER D. RICKETTS<br>Director<br>Federal Programs Branch<br><br>CHRISTOPHER R. HALL<br>Assistant Director<br>Federal Programs Branch<br><br>*/s/ M. Andrew Zee*<br>M. Andrew Zee<br>Trial Attorney<br>California Bar No. 272510<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 436-6646<br>m.andrew.zee@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |