# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. JOHN R. ADAMS,<br><br>  Plaintiff,<br><br> v.<br><br>JUDICIAL COUNCIL OF THE SIXTH CIRCUIT, *et al.*,<br><br>  Defendants. | Case No. 1:17-cv-01894-ABJ |

## DEFENDANTS' RESPONSE TO PROPOSAL FOR FURTHER PROCEEDINGS

Defendants respectfully submit this response to the Court's proposal for further proceedings made during the February 21, 2019 status conference. Defendants are in full agreement with the Court that consideration of the pending motion to dismiss on mootness grounds, ECF No. 20, should be deferred until after the review to be conducted by the Judicial Council of the Sixth Circuit on or after June 27, 2019 has occurred and its outcome is known. *See* June 27, 2018 Order at 4, ECF No. 20-2 ("The Judicial Council will review the matter in one year and will, if no further misconduct has occurred, dismiss the complaint."). Defendants respectfully submit that this course of action would promote efficiency and conserve the resources of the Court and the parties.

Dated:  February 22, 2019           Respectfully submitted,

                      JOSEPH H. HUNT
                      Assistant Attorney General

                      JENNIFER D. RICKETTS
                      Director
                      Federal Programs Branch

                      CHRISTOPHER R. HALL

– 2 –

        Assistant Director
        Federal Programs Branch

        */s/ M. Andrew Zee*
        M. ANDREW ZEE
        Trial Attorney (California Bar No. 272510)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        450 Golden Gate Avenue
        San Francisco, CA 94102
        Telephone: (415) 436-6646
        m.andrew.zee@usdoj.gov

        *Counsel for Defendants*