# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. JOHN R. ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>JUDICIAL COUNCIL OF THE SIXTH CIRCUIT, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-01894-ABJ |

### DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendants, with the consent of Plaintiff, respectfully submit this Consent Motion to extend by one week Defendants' deadline to file their response to Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 27]. In support of this Consent Motion, Defendants state as follows:

1. On August 28, 2019, Plaintiff filed a Motion for Leave to File Amended Complaint. Defendants' response to Plaintiff's Motion currently is due on September 12, 2019. *See* Local Rule 7(b).

2. Defendants seek an additional week, until September 19, 2019, to prepare and file their response to Plaintiff's Motion. This request for an extension is warranted due to existing deadlines in other cases assigned to Government counsel.

3. Pursuant to Local Rule 6(m), Defendants' counsel certifies that counsel for the parties have conferred about Defendants' request. Plaintiff's counsel has indicated that Plaintiff consents to Defendants' requested extension.

A proposed Order is attached.

Dated: September 6, 2019                     Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

 /s/ M. Andrew Zee
M. ANDREW ZEE
Trial Attorney (California Bar No. 272510)
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-6646
m.andrew.zee@usdoj.gov

*Counsel for Defendants*